IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                    CASE NO: 09-40562
                                                                                    CHAPTER 7
    EDGAR, MICHAEL
    EDGAR, LISA

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 11 | GEMB/OLD NAVY<br>P.O. BOX 981400<br>EL, PASO, TX 79998 | $32.89 |

The check mailed at the above address on January 4, 2011 and has been returned by the creditor, account paid in full.

Dated this 8th day of January, 2011.

                                                            /s/ Sherry F. Chancellor
                                                        Sherry F. Chancellor, Trustee
                                                        619 West Chase Street
                                                        Pensacola, Florida 32502
                                                        (850) 436-8445
                                                        Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon GEMB/OLD NAVY, P.O. BOX 981400, EL, PASO, TX 79998 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 8th day of February, 2011.

                                          /s/ Sherry F. Chancellor  
                                       Sherry F. Chancellor, Trustee